UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TAMARA L. WATKINS,

Plaintiff(s),

v.



CITY OF BUFFALO IMPOUND,
DIVISION OF PARKING ENFORCEMENT,
HON. JUDGE PETER J. SAVAGE, III,
BPD OFFICER N. WALLENHORST,
ROBERT FUNDERBERG,

Defendant(s).

_____

REQUEST FOR ENTRY OF DEFAULT

Plaintiff(s), Tamara L. Watkins, request(s) that the Clerk of Court enter Default against Defendant(s), CITY OF BUFFALO IMPOUND, DIVISION OF PARKING ENFORCEMENT, HON. JUDGE PETER J. SAVAGE, III, BPD OFFICER N. WALLENHORST, ROBERT FUNDERBERG, pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated 7/9/2024



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TAMARA L. WATKINS,

                           Plaintiff(s),

v.

CITY OF BUFFALO IMPOUND,
DIVISION OF PARKING ENFORCEMENT,
HON. JUDGE PETER J. SAVAGE, III,
BPD OFFICER N. WALLENHORST,
ROBERT FUNDERBERG,
Defendant(s).

_____

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I,Tamara L. Watkins , being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on October 24, 2023

3. Defendant(s) CITY OF BUFFALO IMPOUND, DIVISION OF PARKING ENFORCEMENT, HON. JUDGE PETER J. SAVAGE, III, BPD OFFICER N. WALLENHORST,ROBERT FUNDERBERG, served with a copy of the summons and complaint on April 23, 2024, as reflected on the docket sheet by the proof of service filed on April 23, 2024.

4. An answer to the complaint was due on June 12, 2024.

5. Defendant(s) failed to appear, plead or otherwise defend within the time allowed and, therefore, now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant(s).

Dated 7|9|2024          _____

Sworn to and subscribed before Me this 9th day of July, 2024
_____ Notary Public My Commission Expires: 10|05|2027

Chelsea Notaro
01NO6331266
Notary Public, State of New York
Qualified in Erie County
My commission expires OCTOBER 5th, 2027

# AFFIDAVIT OF OWNERSHIP

State of _New York_ )
)
County of _Erie_ )

RE: Birth Certificate

I, the undersigned, of lawful age and being first duly sworn on oath depose and state that I am familiar with the facts recited and the party named in said birth certificate is the same party as one of the owners named in said certificate of title.

_Tamara F Watkins_
Signature

UCC 1-308

Witness Signature _Jamas Singleton_ Date **7/8/24**
Witness Signature _Emma Diff_ Date _7/8/24_

NOTARY ACKNOWLEDGMENT

On this _8th_ of _July_, 20_24_, personally appeared the abovenamed _Tamara Watkins_ and acknowledged the foregoing to be (his/her) free act and deed, before me.

My Commission Expires: _10/17/26_ _[signature]_ Notary Public

(Seal)

Print _Jane Olivia Schaefer_

JANE OLIVIA SCHAEFER
NOTARY PUBLIC STATE OF NEW YORK
~~ONONDAGA COUNTY~~ (Erie County)
LIC. #01SC6442646
COMM. EXP. 10/17/2026

Page 1 of 4

17019789-1



# United States of America

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Department of State of the State(s) of New York, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of February, 2017.

Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69, 22 USC 2657, 22USC 2651a, 5 USC 301, 28 USC 1733 et. seq., 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

Page 2 of 4

# CERTIFIED TRANSCRIPT OF BIRTH

# STATE OF NEW YORK

### DEPARTMENT OF HEALTH



FULL NAME OF CHILD:   **TAMARA LYNNETTE WATKINS**

SEX:   **FEMALE**

DATE OF BIRTH:   04/02/1984

TIME OF BIRTH:   ▓▓▓▓ ▓▓ A.M. ▓▓▓ P.M.

PLACE OF BIRTH:   BUFFALO          , NEW YORK

MAIDEN NAME OF MOTHER:   ▓▓▓▓▓▓▓▓▓

NAME OF FATHER:   ▓▓▓▓▓▓▓▓▓

DATE FILED:   5/16/1984

LOCAL REGISTRATION NO.:   3153

---

**STATE OF NEW YORK**
**COUNTY OF ERIE**   ss.

*Peggy A Lagiel*, Clerk of the County of Erie, and also Clerk of the Supreme an
County Courts for said County, the same being Courts of Record, do hereby certify the

*Gerald A Chwalinski,*

whose name is subscribed to the certificate of the proof, acknowledgement or affidavit of the
annexed instrument in writing, was, at the time of taking such proof, acknowledgement or affidavit, ▓

REGISTRAR OF VITAL STATISTICS

**SEAL**

in and for said County, commissioned and sworn and duly authorized by the laws of said State
to take and certify the same as well as to take and certify the proof and acknowledgement o
deeds and other written instruments to be recorded in said State and further, that I have com
pared the signature to the original certificate with that deposited in this office by such officer
and verify believe that the signature to the original certificate of proof, acknowledgement o
affidavit is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said County and Courts at Buffalo.

This ................ day of ................ ............

ECCO WHITE (Rev. 11/16) ECC

Page 3 of 4

|  |  |
|---|---|
| **First name** | Tamara |
| **Last name** | Watkins |
| **City** | ***** |
| **Country** | United States of America |



# Copyright number

# 00074495-1

**Received on**

2022-05-05 15:18:55

**Sole Author**

Yes

**Category**

Other > Other

**Title**

TAMARA LYNNETTE WATKINS

**Description**

TAMARA L. WATKINS ; TAMARA WATKINS, L ; TAMARA WATKINS ; WATKINS, TAMARA ; WATKINS, TAMARA, L, AND ALL OTHER DERRIVITIVES

Page 4 of 4

Certified Mailing No.:

AFFIDAVIT OF TRUTH

Be it known to all courts, governments, and other parties, that I, Tamara  Lynnette Watkins
am a natural, freeborn Indigenous, without subjects. I am neither subject to an entity
anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

My authority for this statement is the same as it is for all free Indigenous everywhere: the
age-old, timeless, and

universal respect for the intrinsic rights, property, freedoms, and responsibilities of the
Indigenous Individual.

I am not a "person" when such term is defined in statutes of the United States or statutes
of the several states when such definition includes artificial entities. I refuse to be treated
as a federally or state created entity which is only capable of exercising certain rights,
privileges, or immunities as specifically granted by federal or state governments.

I voluntarily choose to comply with the man-made laws, which serve to bring harmony to
society, but no such

laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am
not of subject status. Consistent with the eternal tradition of natural common law, unless I
have harmed or violated someone or their property, I have committed no crime; and am
therefore not subject to any penalty.

I act in accordance with the following U.S. Supreme Court case:

"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry
on his private business in his own way. His power to contract is unlimited. He owes no
such duty [to submit his books and papers for an examination] to the State, since he
receives nothing therefrom, beyond the protection of his life and property. His rights are
such as existed by the law of the land [Common Law] long antecedent to the organization
of the State, and can only be taken from him due process of the law, and in accordance
with the Constitution. Among his rights are a refusal to incriminate himself, and the
immunity of himself and his property from arrest or seizure except under warrant of law. He
owes nothing to the public so long as he does not trespass upon their rights." Hale v.
Henkel, 201 U.S. 43 at 47 (1905).

Thus, be it known to all, that I reserve my natural common law right not to be compelled to
perform under any contract that I did not enter into knowingly, voluntarily, and

intentionally. And, furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "bene ts" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntary whereby I have waived any of my natural common law rights, and, as such, Take Notice that I revoke, cancel, and make void, ab initio my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give an agency or department of any federal or state government authority, venue, or jurisdiction over me.

This position is in accordance with the U.S. Supreme Court decision of Brady v. U.S., 379 U.S. 742 at 748 (1970):
(1)

"Waivers of Constitutional Rights not only must be voluntary, but they must also be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

Typical examples of such compelled and pretended "benefits" are: 1. The use of Federal Reserve Notes to discharge my debts. I have used these only because in America,

there is no other widely recognized currency. 2. The use of a bank account, with my signature on the bank signature card. If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obliged to fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.

Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the Federal Reserve system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the United States

Constitution. Were there any alternative, I would be happy to use it. To not use any bank at all Is impossible or very difficult, as everyone knows, in today's marketplace.

3. The use of a Social Security Card. The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without on in today's marketplace, where it is requested by banks, employers, lenders and many other government agencies and businesses. My reason for using it is not because I wish to participate in the Social Security system, as I don't wish to participate. Let it be known that I use the Social Security number assigned to me for information only.

4, The use of a driver's license. As a free Indigenous, there is no legal requirement for me to have such a license for me to travel in my car. Technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers in this matter, should I be stopped for any reason and found to be without a license, it is likely I would be ticketed and fined or obligated to appear in court. Therefore, under duress, I carry a license to avoid extreme inconvenience.

5. State plates on my car. Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle," which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have other plates or no plates at all, causes me to run the risk of police officer harassment and extreme inconvenience.

6. Past tax returns filed. Any tax returns I have filed in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the Internal Revenue Service (IRS) and the local assessors' offices; not because there is any law requiring me to do so. Once I discovered the IRS and other tax agencies have been misinforming the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns were file under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of returns or payments that created any valid contract. Therefore, no legal obligation on my part was ever created.
part was ever created.

7. Birth Certificate. The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant my Indigenous. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an

adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

8. Marriage license. The acquisition of a marriage license is now being revealed as being necessary only for slaves. The act of a Indigenous such as myself obtaining such a license, through social custom and ignorance of law, has no legal effect in changing my status. This is because any such change in status, if any may be supposed to occur, could happen only through a hidden and unrevealed contract or statute. Since no hidden, unrevealed, and undisclosed information, if it exists, can be lawfully held to be binding, it is null and void.

9. Children in public school. The attendance of my children in government-supported "public" or controlled "private schools does not create any legal tax obligation for me, nor any other legal obligation, because I have never signed a contract agreeing to such obligation for the supposed "privilege" of public-school attendance.
If any of my children have attended government-supported "public" or controlled "private" schools, such was done under duress and not out of free will. Be it known that I regard "compulsory state education" as a violation of the Thirteenth Amendment to the U.S. Constitution, which states in relevant part:
"Neither slavery nor involuntary servitude, except as a punishment crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject their jurisdiction."

10. Declaration of citizenship. Any document I may have ever signed, in which I answered "yes" to the question, "Are you a U.S. citizen?" - cannot be used to compromise my status as a Indigenous, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract.
I am not a "United States" citizen subject to its jurisdiction. The United States is an entity created by the U.S. Constitution with jurisdiction described on the following pages of this Affidavit. I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of any corporate federal government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the U.S. Constitution. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers or agents deriving their authority therefrom. Further, I am not subject of the Administrative and Legislative Article IV Courts of the several states, or Article I Courts of the United States, or bound by precedents of such courts, deriving their jurisdiction from said authorities. Take Notice that I hereby revoke, cancel, and make void ab initio any such instrument or any presumed election made by any of the several states or the United States government or any agency or department thereof, that I am or ever have voluntary elected to be treated as a United States citizen subject to its jurisdiction or a resident of any territory, possession, instrumentality or

enclave under the indigenous or exclusive jurisdiction of any of the several states or of the United States as defined in the U.S. Constitution in Article I, Section 8, Clause 17 and Article IV, Section 3, Clause 2.

11. Past voter registration. Similarly, since no obligation to perform in any manner was ever revealed in any print, as part of the requirements for the supposed "privilege" to vote for government officials, any such registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all society; NOT because I need anyone to rule over me. On the contrary - I have used the voting process only to instruct my public servants what a Citizen and Indigenous would like done.

12. Use of the 2-letter state code and zip code. My use of the 2-letter state code and zip code in my "address," which is secretly codified to indicate United States "federal zone" jurisdiction, has no effect whatsoever on my Indigenous status. Simply by receiving or sending "mail" through a quasi-federal messenger service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous. I use these codes only for the purposes of information and making it more efficacious for the U.S. Postal Service to deliver my mail.

13. Use of semantics. There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as the "government." Just because they alter definitions of the words in the law books to their supposed advantage, doesn't mean that I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving." "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different than the common usage, there can be no effect whatsoever on my Indigenous status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in common dictionary differs from the meaning in the law dictionary it is the meaning in the common dictionary that prevails, because it is more. trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged benefits is under duress only and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use. thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

FEDERAL JURISDICTION

It is further relevant to this Affidavit that any violation of my Rights, Freedom, or Property by the U.S. federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article 1, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

"The Congress shall have the power... To exe exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress, become the seat of the Government of the United States. [District of Columbia] which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And - To make all laws which shall be necessary and proper for carrying into the Execution the foregoing Powers..." [emphasis added] and Article IV, Section 3, Clause 2:
"The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

The definition of the "United States" being used here, then, is limited to its territories:
1) The District of Columbia
2) Commonwealth of Puerto Rico
3) U.S. Virgin Islands
4) Guam 5) American Samoa
It does not include the several states themselves, as is confirmed by the following cites:
6) Northern Mariana Islands
7) Trust Territory of the Pacific Islands 8) Military bases within the several states
9) Federal agencies within the several states

STATE GOV

"We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and the Citizen of a State, but his rights under one of these governments will be different from those he has under the other." Slaughterhouse Cases United States vs. Cruikshank, 92 U.S. 542 (1875).

"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." [emphasis added] Volume 20: Corpus Juris Sec. § 1785: NY re: Merriam 36 N.E. 505 1441 S.Ct. 1973, 41 L.Ed.287.

this is further confirmed by the following quote from the Internal Revenue Service:
Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands,
Guam, and American Samoa." - Internal Revenue Code Section 312(e).
In legal terminology, the word "includes" means is "limited to."
When referring to this "District" United States, the Internal Revenue Code uses the term "WITHIN" the United States. When referring to the several States, the Internal Revenue Service uses the term "WITHOUT" the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas above indicated. For example, in two Supreme Court cases, it was decided: "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have
force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government." Caha v. United States, 152 U.S., at 215.

"We think a proper examination of this subject will show that the United States never held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of which Alabama or any of the new States were formed..."

"[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

"Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject
to the common law," Pollard v. Hagan, 44 U.S. 221, 223, 228, 229. Likewise, Title 18 of the United States Code at § 7 specifies that the "territorial jurisdiction" of the United States extends only outside the boundaries of lands belonging to the several States.
Therefore, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner. without my fully informed and uncoerced consent, likewise, no federal statutes or regulations apply to me or have any jurisdiction over me. I hereby affirm that I do not reside or work in any federal territory of the "District" United States, and that therefore no U.S. federal government statutes or regulations have any authority over me.

POWERS AND CONTRACTUAL OBLIGATIONS OF UNITED STATES AND STATE GOVERNMENT OFFICIALS

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution,

Article VI:
All U.S. and State government officials are therefore hereby put on notice that any violations of their contractual obligations to act in accordance with their U.S. Constitution, may result in prosecution to the full extent of the law, as well as the application of all available legal remedies to recover damages suffered by any parties damaged by any actions of the U.S. and State government officials in violation of the U.S. Constitution.

REVOCATION OF POWER OF ATTORNEY

Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed by me or by anyone else, as it pertains to the Social Security number assigned to me, Stephen James Johnson as it pertains to my birth certificate, marriage or business license, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Soveriety and/or property.
I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any or all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute legal owner and possess allodial title to any and all such property.

Take Notice that I also revoke, cancel, and make void ab initio all powers of attorney, in fact, in presumption, or otherwise, signed either by me or by someone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any such property owned by me, by, but not limited to, any quasi/colorable, public, governmental entities or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

I affirm that all the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion. The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.
Subscribed and sworn, without prejudice, and with all rights reserved,

_(signature)_

_Janae Singleton_

WITNESS

_(signature)_

WITNESS

NOTARY ACKNOWLEDGMENT

On this ___8th___ of ___July___, 20 _24_, personally appeared the abovenamed ___Tamara L Watkins___ and acknowledged the foregoing to be (his/her) free act and deed, before me.

My Commission Expires: ___10/17/24___        _(signature)_
Notary Public

(Seal)                          Print ___Jane Olivia Schaefer___

JANE OLIVIA SCHAEFER
NOTARY PUBLIC STATE OF NEW YORK
~~ONONDAGA COUNTY~~  (Erie County)
LIC. #01SC6442646
COMM. EXP. 10/17/2026

**Document prepared by:**

Tamara L Watkins
Dba TAMARA LYNNETTE WATKINS
c/o 120 7th Street Apt 201
Buffalo, New York [14201]


**To Whom It May Concern:**

The herein Notice of Intent – Fee Schedule is a schedule of mandatory fees instated on behalf of TAMARA LYNNETTE WATKINS ©, Ens Legis. I, Tamara, do hereby set forth fees to be instated in any business dealing with © TAMARA LYNNETTE WATKINS, TAMARA LYNNETTE BILLINGSLEY, or any other derivative thereof for any business relevant to this schedule. Fees are due and ARE REQUIRED to be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the undersigned to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. The undersigned is solely authorized to alter, void, and/or enforce said fees and may do so at any time.


*Tamara L Watkins*

Tamara Lynnette Watkins
Dba TAMARA LYNNETTE WATKINS

Without prejudice, without recourse
UCC 1-308
UCC 1-103-6


**NOTARY ACKNOWLEDGMENT**

On this __8th__ of __July_____, 20 __24__, personally appeared the abovenamed __Tamara L. Watkins_____ and acknowledged the foregoing to be (his/her) free act and deed, before me.

My Commission Expires: __10/17/26__    _____ Notary Public

JANE OLIVIA SCHAEFER
NOTARY PUBLIC STATE OF NEW YORK
ONONDAGA COUNTY (Erie County)
LIC. #01SC6442646
COMM. EXP. 10/17/2026

1 of 6

(Seal)                                         Print _____

# Notice of Intent - Fee Schedule

**Private Easements Schedule**

    Penalty for Private Use                                    $ 250,000.00
**Public Easements Schedule**

    Penalty for Public Use                               $ 250,000.00

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**
    a. Name                                              $ 50,000.00
    b. Drivers License/Passport/Travel Number            $ 50,000.00
    c. Social Security Number                           $ 100,000.00
    d. Retinal Scans                                  $ 5,000,000.00
    e. Fingerprinting                                  $ 200,000.00
    f. Photographing                                   $ 200,000.00
    g. DNA                                          $ 5,000,000.00
        1. Mouth swab                          $ 5,000,000.00
        2. Blood samples                       $ 5,000,000.00
        3. Urine samples                       $ 5,000,000.00
        4. Breathalyzer testing                $ 5,000,000.00
        5. Hair samples                       $ 5,000,000.00
        6. Skin samples                        $ 5,000,000.00
        7. Clothing samples                   $ 5,000,000.00
        8. Forced giving of fluids/samples     $ 5,000,000.00

**Issue Traffic citations and tickets of any traffic nature:**
    a. Citations                                        $ 50,000.00
    b. Warning issued on Paper Ticket                   $ 25,000.00

**Appearance in court because of traffic citations:**
    a. Time in court                      $ 75,000.00/hr with 1 hour min.
    b. If Fine is imposed                               $ 50,000.00

**Travel/Personal Property Trespass, Carjacking, Theft, Interference with Commerce:**
    a. Agency by Estoppel                              $ 50,000.00

| | |
|---|---|
| b. Color of Law | $ 150,000.00 |
| c. Implied Color of Law | $ 150,000.00 |
| d. Criminal Coercion | $ 250,000.00 |
| e. Criminal Contempt of court | $ 500,000.00 |
| f. Estoppel by Election | $ 350,000.00 |
| g. Estoppel by Laches | $ 350,000.00 |
| h. Equitable Estoppel | $ 500,000.00 |
| i. Fraud | $ 1,000,000.00 |
| j. Fraud upon the court | $ 2,000,000.00 |
| k. Larceny | $ 250,000.00 |
| l. Grand Larceny | $ 250,000.00 |
| m. Larceny by Extortion | $ 1,000,000.00 |
| n. Larceny by Trick | $ 1,000,000.00 |
| o. Obstruction of Justice | $ 100,000.00 |
| p. Obtaining Property by False Pretenses | $ 1,000,000.00 |
| q. Simulating Legal Process | $ 1,000,000.00 |
| r. Vexatious Litigation | $ 5,000,000.00 |
| s. Trespass upon Motor Conveyance | $ 100,000.00 |
| t. Unauthorized Relocation of Motor Conveyance | $ 100,000.00 |
| u. Seizure of Motor Conveyance | $ 100,000.00 |
| v. Theft of License Plate | $ 10,000.00 |
| w. Unlawful Lien on Motor Conveyance | $ 50,000.00 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | |
|---|---|
| a. Name written by the informant | $ 250,000.00 |
| b. Drivers License/Passport/Travel written by informant | $ 150,000.00 |
| c. Social Security Number written by informant | $ 150,000.00 |
| d. Miscellaneous Material written by informant | $ 500,000.00 |

**Produce any personal information/property for any kind of business interaction:**

| | |
|---|---|
| a. Financial Information | $ 100,000.00 |
| b. Property inside of conveyance | $ 150,000.00 |

**Time Usage for traffic stops:**

| | |
|---|---|
| a. 30 minutes | $ 5,000.00/ 30 minutes min. |
| b. 60 minutes | $ 10,000.00 |
| c. 90 minutes | $ 15,000.00 |

## Court Appearance Schedule

These fees MUST be paid immediately after any case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance

| | |
|---|---|
| 1. Under protest and duress: | $75,000.00/hour |
| 2. Voluntarily | $10,000.00/hour |

**Use of trade name material**

a. Name

| | |
|---|---|
| 1. Under protest and duress: | $25,000.00 |
| 2. Voluntarily | $10,000.00 |

b. Drivers License/Passport/Travel

| | |
|---|---|
| 1. Under protest and duress: | $25,000.00 |
| 2. Voluntarily | $10,000.00 |

c. Social Security Number

| | |
|---|---|
| 1. Under protest and duress: | $25,000.00 |
| 2. Voluntarily | $10,000.00 |
| d. Miscellaneous Material | $25,000.00 |

e. Produce any personal information for any kind of business interaction:

| | |
|---|---|
| 1. Financial Information | $10,000.00 |
| 2. Drivers License/Passport/Travel | $10,000.00 |
| 3. Social Security Number | $250,000.00 |
| 4. Any documents produced by me | $10,000.00 per doc. |

**Time usage for court appearances:**

a. 30 minutes

| | |
|---|---|
| 1. Under Protest and Duress | $33,500.00 |
| 2. Voluntarily | $10,000.00 |

b. 60 minutes

| | |
|---|---|
| 1. Under Protest and Duress | $75,000.00 |
| 2. Voluntarily | $20,000.00 |

c. 90 minutes or more

| | |
|---|---|
| 1. Under Protest and Duress | $100,500.00 |
| 2. Voluntarily | $30,000.00 |

# Transgressions-Fee Schedule

**Transgressions by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract:**

| | |
|---|---|
| a. Failure to honor God Given Right | $20,000.00 |
| b. Failure to honor Oath of Office | $50,000.00 |
| c. Failure to honor Constitutional Oath | $50,000.00 |
| d. Failure to honor Written and/or Oral Word | $5,000.00 |
| e. Silence/Dishonor/Default | $5,000.00 |
| f. Failure to honor /No Bond | $5,000.00 |
| g. Phone call to telephone number including from alleged debt collectors | $5,000.00 each |

| | |
|---|---|
| h. Telephone message left on phone Service or equipment | $ 5000.00 each |
| i. Use of Street Address/Mailing location | $ 5,000.00 each |
| j. Time Waiting for Scheduled Service | $ 1,000.00 minimum or per hour |
| k. Detention from Free Movement and/or cuffed | $ 75,000.00 minimum or per hour |
| l. Incarceration | $ 75,000.00 minimum or per hour |
| m. Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000.00 |
| n. Failure to State a Claim upon which Relief Can Be Granted | $ 250,000.00 |
| o. Failure to Present a Living Injured Party | $ 100,000.00 |
| p. Failure to Provide Contract Signed by the Parties | $ 100,000.00* |
| q. Default By Non Response or Incomplete Response | $ 100,000.00* |
| r. Fraud | $ 1,000,000.00* |
| s. Racketeering | $ 1,000,000.00* |
| t. Theft of Public Funds | $ 1,000,000.00* |
| u. Dishonor in Commerce | $ 1,000,000.00* |
| v. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ 1,000,000.00** |
| w. Perverting of Justice Judgment | $ 1,000,000.00* |
| x. Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ 50,000.00 each |
| w. Forcing psychiatric evaluations | $ 500,000.00 per day |
| x. Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000.00 per day |
| y. Refusal to provide proper exercise while incarcerated | $ 50,000.00 per day |
| z. Refusal to provide proper dental care while Incarcerated | $ 50,000.00 per day |
| aa. Forced giving of body fluids | $ 5,000,000.00 per day |
| bb. Forced injections/inoculations, vaccines | $ 5,000,000.00 per day |
| cc. Forced separation from marriage contract | $ 160,000.00 per day |
| dd. Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000.00 per day |
| ee. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000.00 per day |
| ff. Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and/or Forgery by any agent, entity or corporation | $ 6,000,000.00 per count |

| | |
|---|---|
| gg. Attempted extortion of signature | $ 6,000,000.00 per count |
| hh. Attempted forgery of signature | $ 6,000,000.00 per count |

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.
**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

## Kidnapping (If an alleged officer removes free soul more than five (5) feet from free soul's property without just cause, it IS kidnapping) $ 5,000,000.00
## Services to others and/or Corporation(s):

| | |
|---|---|
| a. Studying | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |
| b. Analyzing | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |
| c. Research | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |
| d. Preparing Documents | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |
| e. Answering Questions | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |
| f. Providing Information | $ 500.00 per hour |
| while under threat, duress, coercion | $ 15,000.00 per hour |

**If invoiced, payment is due 15 days after receipt date.**

**All payments to be made to:**

**TAMARA L WATKINS**
**Send to:**
Tamara Watkins
Dba TAMARA LYNNETTE WATKINS
c/o 120 7th Street Apt 201
Buffalo , New York [14201]